IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID ORZECHOWSKI and NICOLE ORZECHOWSKI, h/w, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 14-617 |
| | : | |
| v. | : | |
| | : | |
| RYDER TRUCK RENTAL, INC., MIKE'S HEAVY DUTY TOWING, INC., and PALFINGER NORTH AMERICA GROUP, f/k/a MBB INTERLIFT, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 15th day of September, 2015, it having been reported that the parties have settled the above-captioned action, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

BY THE COURT:


By: */s/ Shana Restucci*
Shana Restucci, Civil Deputy Clerk
The Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov